CIVIL APPEALS – CERTIFICATE
To Be Filed with Court of Appeals
TRIAL COURT NO.12787C

TONROY, INC. D/B/A SERV PRO
OF THE HILL COUNTRY
VS

CHRISTINE CUBIT

IN THE COUNTY COURT

AT LAW

KERR COUNTY, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/17/2015 3:33:54 PM
KEITH E. HOTTLE
Clerk

Date Notice of Appeal Filed:   November 13th, 2015

1. Has a motion for new trial been filed:   _____Yes   _X_ No

   Will a motion for new trial be filed:   _____Yes _____ No

2. Date of Judgment signed: OCTOBER 16TH, 2015

3. The Honorable SUSAN F. HARRIS presided at trial.

4. The Appellant is represented by: KUNAL UDESHI,  SBN 24078744
   3131 MCKINNEY AVENUE #600; DALLAS TEXAS  75204
   817-851-5860

5. The Appellee is represented by: JOHN SUDYKA,  SBN 19463400
   10100 REUNION PLACE, SUITE 600, SAN ANTONIO, TX  78216
   210-344-3900

6. Supersedeas Bond   _____was or __X__was not filed. Amt.$_____

7. Name & Address of Court Reporter: KELLY  RODE,  700 MAIN, SUITE 123,
   KERRVILLE, TX 78028  (830)792-2207

8. Type of Case: DEBT/CONTRACT

Witness my hand this the _____ day of November, 2015

Robbin Burlew
Kerr County District Clerk
By_____Deputy
   Tammy Marquart

## NO. <u>12787C</u>

| | | |
|---|---|---|
| TONROY, INC. D/B/A SERVPRO OF THE HILL COUNTRY | § § | IN THE COUNTY COURT |
| Plaintiff, | § | |
| | § | |
| V. | § | AT LAW NO. 1 |
| | § | |
| | § | |
| | § | |
| CHRISTINE CUBIT | § | |
| Defendant. | § | KERR COUNTY, TEXAS |

FILED 11-13 20 15
@ 2:33 P M
ROBBIN BURLEW
District Clerk, Kerr County, TX
By_____ Deputy

## NOTICE OF APPEAL

**NOTICE IS GIVEN** that Christine Cubit ("Appellant") hereby appeals to the Texas Fourth Court of Appeals of San Antonio, Texas from Summary Judgment issued by the Honorable Judge of the County Court at Law for Kerr County, Texas on October 16, 2015 in the above numbered and entitled cause of action.

Tonroy, Inc. d/b/a Servpro of the Hill County ("Appellee"), the party in whose favor Summary Judgment was granted, may be served through its attorney of record, John Sudyka, at 10100 Reunion Place, Suite 600, San Antonio, Texas 78216, facsimile number 210-366-4301.

## REQUEST FOR RECORD

Pursuant to Texas Rules of Appellate Procedure 34 and 35, Christine Cubit hereby requests that the clerk's record and reporter's record, if any, in the above styled and numbered cause be prepared and forwarded to the Fourth Court of Appeals at the Court's earliest convenience and within sixty (60) days after October 16, 2015, as prescribed by Texas Rule of Appeallate Procedure 35.1. Defendant awaits instructions of the Court as to the amount, place, and manner of payment to be made for the costs of preparation of the records herein requested.

Respectfully Submitted,

**THE LAW OFFICES OF KUNAL UDESHI**
3131 McKinney Avenue #600
Dallas, Texas 75204
T: 817-851-5860
F: 817-900-8740
kunal.k.udeshi.law@gmail.com

By: _____
**KUNAL UDESHI**
Attorney for Christine Cubit
State Bar No. 24078744

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served on John Sudyka, counsel of record for Appellee Tonroy, Inc. d/b/a Servpro of the Hill Country, by e-mail transmission to jms@jao-law.com before 5:00 p.m. on the _____ day of November, 2015.

_____
**KUNAL UDESHI**

## CAUSE NO. 12787C

| | | |
|---|---|---|
| TONROY, INC. D/B/A SERVPRO OF THE HILL COUNTRY, | § § § | IN THE COUNTY COURT |
| Plaintiff | § § | |
| V. | § § | AT LAW NO. 1 |
| CHRISTINE CUBIT, | § § § | |
| Defendant | § | KERR COUNTY, TEXAS |

## ORDER ON SERVPRO'S MOTION
## FOR TRADITIONAL SUMMARY JUDGMENT

ON THIS DAY, came on to be heard the Motion for Traditional Summary Judgment submitted by Plaintiff Tonroy, Inc., doing business as Servpro of The Hill Country ("Servpro"). The Court, having considered Servpro's Motion for Traditional Summary Judgment, any responses or replies of the respective parties, the pleadings and evidence herein, and the argument of counsel presented in this matter, has determined that Servpro's Motion for Traditional Summary Judgment is well-taken and should be granted.

IT IS THEREFORE ORDERED that Servpro's Motion for Traditional Summary Judgment is granted and judgment is hereby rendered in favor of Servpro on its claims and causes of action against Defendant Christine Cubit ("Defendant"). It is FURTHER ORDERED that:

1. Servpro is awarded judgment against Defendant in the principal amount of $24,234.64.

2. Servpro shall have and recover from Defendant pre-judgment interest on the amount described in the preceding item 1 at the rate of eighteen percent (18%) per annum from April 8, 2012, to the date of this Judgment.

3. Servpro shall further have and recover from Defendant the amount of Servpro's reasonable and necessary attorney fees as requested in Servpro's Motion for Traditional Summary Judgment, the amount of which shall be determined at a later date following a hearing on such matter before this Court.

FILED _10-16_ 20_15_
@ _4:05_, _P_ M
ROBBIN BURLEW
District Clerk, Kerr County, TX
By _____ Deputy

Faxed- Sudeka & Udeshi
JS 10/19/15

4. To conserve judicial resources and minimize further time and expense, (a) the attorneys for the parties are ordered to attempt, within fourteen (14) days after the date of this Judgment, to reach agreement on the reasonable amount of attorney fees to be awarded Servpro. If they do reach agreement within this fourteen (14) day period, Servpro's counsel is directed to prepare a proposed Order regarding such attorney fees and submit it to the Court for consideration. If they are unable to reach agreement within this fourteen (14) day period, the Court shall determine the reasonable amount of attorney fees to be awarded Servpro based on the evidence and arguments to be presented at the later hearing described in the preceding item 3 and in any written briefing and affidavits submitted to the Court prior to such hearing.

5. Servpro shall further have and recover from Defendant post-judgment interest on the total amount of this Judgment at the rate of eighteen percent (18%) per annum from the date of this Judgment until paid.

6. Any and all costs of court shall be taxed against Defendant.

7. Servpro shall have all writs of execution and other process issued which are necessary to enforce and collect this Judgment, for which let execution issue.

8. All other relief not specifically granted in this Judgment is denied. This Judgment disposes of all claims and all parties in this lawsuit, except for the amount of reasonable and necessary attorney fees herein awarded to Servpro, which will be determined at a later date as stated above.

SIGNED this _16th_ day of _October_ , 2015.

_Susan F. Hall_

JUDGE PRESIDING

*[Remainder of page intentionally left blank]*

***Order on Servpro's Motion for***
***Traditional Summary Judgment***
***(Cause No. 12787C)***      Page 2 of 2 Pages